IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALTERA CORPORATION, MICROSEMI <br> CORPORATION, LATTICE <br> SEMICONDUCTOR CORPORATION and <br> XILINX INC., <br><br> Defendants. | C.A. No. 10-1065 (LPS) <br><br> REDACTED - PUBLIC VERSION |

## DECLARATION OF JUSTIN LIU

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                      Karen Jacobs Louden (#2881)
                                      Ramy Hanna (#5494)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      klouden@mnat.com
                                      rhanna@mnat.com

OF COUNSEL                                 *Attorneys for Defendant Xilinx Inc.*

Behrooz Shariati
JONES DAY
1755 Embarcardero Road
Palo Alto, CA  94303
(650) 739-3939

April 11, 2011 - Original Filing Date
April 18, 2011 - Redacted Filing Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION, AND XILINX, INC.,<br><br>    Defendants. | C.A. No. 10-1065-LPS<br><br>**DECLARATION OF JUSTIN LIU IN SUPPORT OF XILINX'S MOTION TO DISMISS OR TRANSFER ALL CLAIMS FILED AGAINST XILINX, INC.** |

## DECLARATION OF JUSTIN LIU

1.  My name is Justin Liu. I am over the age of eighteen (18), I am competent to testify, and I have personal knowledge of the facts set forth in this declaration, unless otherwise stated.

2.  I am currently employed by Xilinx, Inc. ("Xilinx") as Director of Intellectual Property.

3.  I submit this declaration to put before the Court a copy of certain documents and factual statements in connection with Xilinx's Motion to Dismiss or Transfer All Claims Filed Against Xilinx, Inc. filed in this action. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

4. Xilinx is incorporated in the state of Delaware, but does not maintain offices or employees in Delaware.

5. Xilinx's principal place of business is in San Jose, California.

6. The Xilinx products at issue in this litigation were primarily designed and developed in California, and the Xilinx employees who designed and developed them are primarily located in California.

7. The vast majority of Xilinx's employees and business records relevant to this litigation are located in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 11, 2011

Respectfully submitted,

*[signature]*

Justin Liu
San Jose, California

SVI-91389v2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants:

I further certify that I caused copies of the foregoing document to be served on April 18, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais<br>Michael P. Stadnick<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| David Goren<br>MICROSEMI CORPORATION<br>2381 Morse Avenue<br>Irvine, CA  92614 | *VIA ELECTRONIC MAIL* |
| Steven J. Balick<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Lattice Semiconductor Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Alan H. Blankenheimer<br>Jo Dale Carothers<br>COVINGTON & BURLING LLP<br>9191 Towne Centre Drive<br>Sixth Floor<br>San Diego, CA  92122-1225<br>*Attorneys for Lattice Semiconductor Corporation* | *VIA ELECTRONIC MAIL* |
| Robert T. Haslam<br>Kurt G. Calia<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive<br>Suite 700<br>Redwood Shores, CA  94065-1418<br>*Attorneys for Lattice Semiconductor Corporation* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell<br>Anne Shea Gaza<br>RICHARDS LAYTON & FINGER, P.A.<br>920 N. Market Street<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Microsemi Corporation* | *VIA ELECTRONIC MAIL* |
| Mark A. Samuels<br>Brian Berliner<br>Yixin Zhang<br>O'MELVENY & Myers LLP<br>400 S. Hope Street, #1800<br>Los Angeles, CA  90071<br>*Attorneys for Microsemi Corporation* | *VIA ELECTRONIC MAIL* |
| Michael Myers<br>O'MELVENY & Myers LLP<br>610 Newport Center Dr., 17th Floor<br>Newport Beach, CA  92660<br><br>*Attorneys for Microsemi Corporation* | *VIA ELECTRONIC MAIL* |

Jack B. Blumenfeld                                                                                    *VIA ELECTRONIC MAIL*
Ramy E. Hanna
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Altera Corporation*

William F. Lee                                                                                          *VIA ELECTRONIC MAIL*
Lauren B. Fletcher
WILMER CUTLER PICKERING HALE
  & DORR LLP
60 State Street
Boston, MA  02109
*Attorneys for Altera Corporation*

Mark D. Selwyn                                                                                       *VIA ELECTRONIC MAIL*
Joseph H. Haag
Evelyn C. Mak
WILMER CUTLER PICKERING HALE
  & DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Altera Corporation*

*/s/ Ramy Hanna*
_____
Ramy Hanna (#5494)

3