IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION, and XILINX, INC.<br><br>    Defendants. | Civil Action No. 10-1065-LPS<br><br>JURY TRIAL DEMANDED<br><br><u>FILED UNDER SEAL</u> |

### DECLARATION OF JOSEPH F. CHERNESKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT XILINX, INC.'S MOTION TO DISMISS OR TRANSFER

Brian E. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Counsel for Plaintiffs
Intellectual Ventures I LLC and
Intellectual Ventures II LLC*

John M. Desmarais
Michael P. Stadnick
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com

*Of Counsel*

I, Joseph F. Chernesky, declare that:

1. I am Vice President and General Manager of Global Licensing Sales, Intellectual Ventures Management LLC ("IV Management"). Except where otherwise indicated, I make this Declaration based on personal knowledge.

2. IV Management was founded in 2000. IV Management and its affiliates have built a portfolio of over 30,000 intellectual property assets. IV Management offers those inventions to investors through licensing and partnering programs.



6. On February 15, 2011, Xilinx notified IV Management that it had filed a declaratory judgment complaint in the Northern District of California the previous day. Xilinx notified IV Management that it would serve its complaint within several days of filing unless IV Management agreed to certain demands concerning the ongoing license negotiations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Bellevue, WA          .

DATED: April 28, 2011

Joseph F. Chernesky