# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

THOMAS C. GRIMM
302 351 9595
302 425 4661 FAX
tgrimm@mnat.com

May 10, 2011

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3556

      Re:   *Intellectual Ventures I LLC, et al. v. Altera Corp., et al.;*
             C.A. No. 10-1065 (LPS)

Dear Judge Stark:

      Pursuant to L.R. 7.1.4, Defendant Xilinx, Inc. respectfully requests oral argument on Xilinx's Motion To Dismiss Or Transfer All Claims Filed Against Xilinx, Inc. (D.I. 36), which is fully briefed.

      Respectfully,

      */s/ Thomas C. Grimm*

      Thomas C. Grimm (#1098)

TCG/dam
cc:   All Counsel of Record
4243549.1