IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERA CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 10-1065-LPS<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC, pursuant to D. Del. LR 7.1.4, respectfully request that the Court hold oral argument on Defendants Altera Corporation, Microsemi Corporation, and Lattice Semiconductor Corporation's Motion to Transfer Venue to the Northern District of California (D.I. 43) now that briefing is complete.

On May 10, 2011, Defendant Xilinx, Inc. requested oral argument (D.I. 60) on its Motion to Dismiss or Transfer in Favor of the First-Filed Action in the United States District Court for the Northern District of California. (D.I. 36). To the extent the Court decides to hold oral argument on both motions, Plaintiffs respectfully request that the arguments be held on the same day.

Respectfully submitted,

Date: May 31, 2011

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (fax)
bfarnan@farnanlaw.com

John M. Desmarais (admitted pro hac vice)
Michael P. Stadnick (admitted pro hac vice)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com