# FARNAN LLP

July 28, 2011

**VIA ELECTRONIC FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE  19801-3556

Re:   *Intellectual Ventures I LLC, et al. v. Altera Corp., et al.,*
      **(C.A. No. 10-1065-LPS)**

Dear Judge Stark:

We represent the Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "IV") in the above case (the "Delaware Action"). We write to advise the Court of an Order issued yesterday by the United States District Court for the Northern District of California ("N.D. Cal.") in a related action filed by Defendant Xilinx, Inc. ("Xilinx") involving the same patents at issue here. A copy of the Order is attached as Exhibit A (the "California Order").

As the Court may recall, Xilinx filed a declaratory judgment action in N.D. Cal. in anticipation of being added as a defendant to the instant case after negotiations between Xilinx and IV failed (the "California Action"). In the California Action two motions were filed: (1) Xilinx filed a motion to enjoin IV from proceeding with the Delaware Action; and (2) IV filed a motion to dismiss the California Action or transfer it to Delaware. The California Court ruled on both motions yesterday.

The Court denied Xilinx's motion to enjoin IV from proceeding with the Delaware Action allowing the Delaware Action to proceed. (Ex. A at 4). The Court granted IV's motion to transfer all claims related to the patents asserted in the Delaware Action to the District of Delaware. (Ex. A at 6). Consequently, the Court now has before it the anticipatory claims filed by Xilinx in the California Action which mirror the claims in the Delaware Action.

By its Order the California Court decided the same issues presented by Xilinx Inc.'s Motion to Dismiss or Transfer in Favor of the First-Filed Action in the United States District Court for the Northern District of California (D.I. 36), and, therefore, IV respectfully submits that motion now pending in this action is moot.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc:   All Counsel of Record via ECF