IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br>   v.<br><br>ALTERA CORPORATION,<br>MICROSEMI CORPORATION,<br>LATTICE SEMICONDUCTOR<br>CORPORATION, and<br>XILINX, INC.,<br><br>        Defendants. | C.A. No. 10-1065-LPS |

## DECLARATION OF TOBY MOCK IN SUPPORT OF DEFENDANTS' MOTION TO STAY LITIGATION PENDING CONCLUSION OF PTO REEXAMINATION OF THE PATENTS-IN-SUIT

I, Toby Mock, hereby declare as follows:

1. I am an associate at Wilmer Cutler Pickering Hale and Dorr LLP, and am admitted to practice in the State of California. I am over the age of eighteen and have personal knowledge of and/or have confirmed or otherwise investigated and am competent to testify about the factual matters asserted herein.

2. I submit this Declaration in connection with the Opening Brief in Support of the Motion to Stay Litigation Pending Conclusion of PTO Reexamination of the Patents-In-Suit jointly filed by defendants Altera Corporation, Microsemi Corporation, Lattice Semiconductor Corporation, and Xilinx, Inc.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the *inter parties* reexamination file history of United States Patent No. 6,272,646 as of August 5, 2011.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the *inter parties* reexamination file history of United States Patent No. 6,993,669 as of August 5, 2011.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the *ex parte* reexamination file history of United States Patent No. 6,260,087 as of August 5, 2011.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the *ex parte* reexamination file history of United States Patent No. 5,687,325 as of August 5, 2011.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the *ex parte* reexamination file history of United States Patent No. 5,675,808 as of August 5, 2011.

8. Attached hereto as Exhibit F is a true and correct copy of the *Ex Parte* Reexamination Filing Data published by the United States Patent and Trademark Office on June 30, 2011.

9. Attached hereto as Exhibit G is a true and correct copy of the *Inter Partes* Reexamination Filing Data published by the United States Patent and Trademark Office on June 30, 2011.

10. Attached hereto as Exhibit H is a true and correct copy of the February 28, 2011 transcript of the proceedings in *Xerox Corporation v. Google, Inc., et al.*, No. 10-136 (LPS).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief, after reasonable inquiry.

Dated: August 8, 2011                    Respectfully submitted,

                                         _____
                                         Toby Mock
                                         Palo Alto, California

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Brian E. Farnan, Esquire
>FARNAN LLP

I further certify that I caused copies of the foregoing document to be served on August 8, 2011, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                     *VIA ELECTRONIC MAIL*
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs*

John M. Desmarais, Esquire                                   *VIA ELECTRONIC MAIL*
Michael P. Stadnick, Esquire
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
*Attorneys for Plaintiffs*

>*/s/ Karen Jacobs Louden*
>_____
>Karen Jacobs Louden (#2881)