IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALTERA CORPORATION, MICROSEMI<br>CORPORATION, LATTICE<br>SEMICONDUCTOR CORPORATION and<br>XILINX, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 10-1065 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF SUBSEQUENT PROCEEDINGS IN SUPPORT OF THEIR MOTION TO STAY LITIGATION PENDING CONCLUSION OF PTO <u>REEXAMINATIONS OF THE PATENTS-IN-SUIT</u>**

In connection with their Motion To Stay Litigation Pending Conclusion Of PTO Reexaminations Of The Patents-In-Suit (D.I. 79), Defendants Altera Corporation, Microsemi Corporation, Lattice Semiconductor Corporation, and Xilinx, Inc. hereby advise the Court that on September 7, 2011, the PTO granted *ex parte* reexamination of U.S. Patent No. 5,675,808 ("the '808 patent"). (Exhibit A). In placing the fifth and final asserted patent into reexamination, the PTO found that substantial new questions of patentability exist with respect to all thirteen claims of the '808 patent.

- 2 -

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Jack B. Blumenfeld* | */s/ Frederick L. Cottrell* |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com | Frederick L. Cottrell (#2555)<br>Anne Shea Gaza (#4093)<br>Jason James Rawnsley (#5379)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>rawnsley@rlf.com |
| *Attorneys for Altera Corporation* | *Attorneys for Microsemi Corporation* |
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Andrew C. Mayo* | */s/ Karen Jacobs Louden* |
| Steven J. Balick (#2114)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue – 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com | Karen Jacobs Louden (#2881)<br>Richard J. Bauer (#4828)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>rbauer@mnat.com |
| *Attorneys for Lattice Semiconductor Corporation* | *Attorneys for Xilinx, Inc.* |

September 14, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Brian E. Farnan, Esquire
>FARNAN LLP

I further certify that I caused copies of the foregoing document to be served on September 14, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais, Esquire<br>Michael P. Stadnick, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)