IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC<br><br>Plaintiffs,<br><br>v.<br><br>ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION, and XILINX, INC.<br><br>Defendants. | Civil Action No. 10-1065-LPS<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF SUBSEQUENT PROCEEDINGS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO STAY LITIGATION PENDING CONCLUSION OF PTO REEXAMINATIONS OF THE PATENTS-IN-SUIT

In connection with their opposition to Defendants' pending motion to stay (D.I. 83), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC hereby advise the Court that on September 2, 2011, Defendant Xilinx, Inc. ("Xilinx") filed a declaratory judgment complaint in the Northern District of California asserting claims of non-infringement and invalidity of seven patents owned by Plaintiffs' affiliates. (Ex. A) Five of the seven patents asserted in Xilinx's September 2, 2011 declaratory judgment complaint were already the subject of pending reexamination proceedings instituted by Xilinx and/or its counsel. (Ex. A at ¶¶ 6-10) As a result, since the time Defendants filed their motion urging that stays in favor of PTO proceedings promote judicial efficiency, Xilinx has now initiated two separate litigations concerning nine patents that were already in reexamination. (Ex. A; D.I. 83, Modi Decl. Ex. N)

1

DATED:   September 21, 2011               Respectfully submitted,

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com

*Counsel for Plaintiffs*