IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br>    Plaintiffs, <br><br>    v. <br><br> ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION and XILINX, INC., <br><br>    Defendants. | ) ) ) ) ) ) ) C.A. No. 10-1065 (LPS) ) ) ) ) ) ) ) ) |
| XILINX, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br>    Defendants. | ) ) ) ) ) ) C.A. No. 11-666 (LPS) ) ) ) ) ) ) |

**XILINX'S RESPONSE TO PLAINTIFFS' NOTICE OF
SUBSEQUENT PROCEEDINGS RELATING TO DEFENDANTS'
MOTION TO STAY LITIGATION PENDING CONCLUSION
OF PTO REEXAMINATIONS OF THE PATENTS-IN-SUIT**

The "subsequent" proceedings about which Plaintiffs purport to notify the Court are neither related nor subsequent to the above captioned actions. In their "Notice Of Subsequent Proceedings," Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV") argue that five of the seven patents asserted in Xilinx, Inc.'s ("Xilinx") September 2, 2011 declaratory judgment complaint were already the subject of pending reexamination

proceedings instituted by Xilinx and/or its counsel. (C.A. No. 10-1065 (D.I. 89)). These proceedings are not new, however; nor do they involve any of the patents at issue in the above captioned actions. (*Compare* D.I. 89 Ex. A ¶¶ 6-10 *with* D.I. 81 at ¶¶ 3-7; Exs. A-E).

First, Xilinx filed its original declaratory judgment complaint in **February 2011**, before the reexaminations of the seven patents-in-suit were granted. (*Compare* C.A. No. 11-666 (D.I. 1) *with* C.A. No. 10-1065 (D.I. 89 at Ex. A ¶¶ 6-12)). That complaint was dismissed on IV's motion, and then refiled. (*See*, *e.g.*, C.A. No. 11-666 (D.I. 39 at 4; D.I. 89)).

Second, IV neglects to mention that Xilinx's September 2, 2011 declaratory judgment complaint involves completely different patents than the patents at issue in these actions, and is pending before a different court. It also involves different parties – none of whom is before this Court, including: Intellectual Ventures Management, LLC, Detelle Relay KG, UK, Roldan Block NY, LLC, LaTrosse Technology LLC, TR Technologies Foundation LLC, Taichi Holdings, LLC, Noregin Assets NV, LLC, and Intellectual Ventures Funding LLC. (*See* C.A. No. 10-1065 (D.I. 89 Ex. A at 1; *id.* at ¶¶ 14-24)). Therefore, Xilinx's September 2, 2011 declaratory judgment action is wholly unrelated to the two actions currently pending before this Court.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
Richard J. Bauer (#4828)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
rbauer@mnat.com
*Attorneys for Xilinx, Inc.*

OF COUNSEL

Behrooz Shariati
Laurie M. Charrington
Henry Leslie Welch
JONES DAY
1755 Embarcardero Road
Palo Alto, CA  94303
(650) 739-3939

September 26, 2011
4506992.4

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 26, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Intellectual Ventures I LLC and*<br>*Intellectual Ventures II LLC* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais<br>Michael P. Stadnick<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Intellectual Ventures I LLC and*<br>*Intellectual Ventures II LLC* | *VIA ELECTRONIC MAIL* |
| Steven J. Balick<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Lattice Semiconductor*<br>*Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Alan H. Blankenheimer<br>Jo Dale Carothers<br>Christopher K. Eppich<br>Ian J. Miller<br>COVINGTON & BURLING LLP<br>9191 Towne Centre Drive<br>Sixth Floor<br>San Diego, CA  92122-1225<br>*Attorneys for Lattice Semiconductor Corporation* | *VIA ELECTRONIC MAIL* |
| Robert T. Haslam<br>Kurt G. Calia<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive<br>Suite 700<br>Redwood Shores, CA  94065-1418<br>*Attorneys for Lattice Semiconductor Corporation* | *VIA ELECTRONIC MAIL* |
| Michael N. Kennedy<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave., N.W.<br>Washington, DC  20004<br>*Attorneys for Lattice Semiconductor Corporation* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell<br>Anne Shea Gaza<br>Jason J. Rawnsley<br>RICHARDS LAYTON & FINGER, P.A.<br>920 N. Market Street<br>One Rodney Square<br>Wilmington, DE  19801<br>*Attorneys for Microsemi Corporation* | *VIA ELECTRONIC MAIL* |
| Mark A. Samuels<br>Brian Berliner<br>Yixin Zhang<br>O'MELVENY & Myers LLP<br>400 S. Hope Street, #1800<br>Los Angeles, CA  90071<br>*Attorneys for Microsemi Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Michael Myers<br>O'MELVENY & Myers LLP<br>610 Newport Center Dr., 17th Floor<br>Newport Beach, CA  92660<br>*Attorneys for Microsemi Corporation* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for Altera Corporation* | *VIA ELECTRONIC MAIL* |
| William F. Lee<br>Lauren B. Fletcher<br>WILMER CUTLER PICKERING HALE<br>  & DORR LLP<br>60 State Street<br>Boston, MA  02109<br>*Attorneys for Altera Corporation* | *VIA ELECTRONIC MAIL* |
| Mark D. Selwyn<br>Joseph H. Haag<br>Evelyn C. Mak<br>WILMER CUTLER PICKERING HALE<br>  & DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Altera Corporation* | *VIA ELECTRONIC MAIL* |

                                                 */s/ Karen Jacobs Louden*

                                                 Karen Jacobs Louden (#2881)