# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 29, 2011

The Honorable Leonard P. Stark                    *VIA ELECTRONIC MAIL*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:     *Intellectual Ventures I LLC, et al. v. Altera Corp., et al.*
        C.A. No. 10-1065 (LPS)

Dear Judge Stark:

We represent defendant Altera Corporation ("Altera") in this matter ("1065 case"). We write on behalf of Altera and co-defendants Microsemi Corporation and Lattice Semiconductor Corporation regarding the Proposed Case Schedule jointly submitted by Xilinx, Inc. and Intellectual Ventures ("IV") in the related action presently pending before this Court, *Xilinx, Inc. v. Intellectual Ventures I LLC and Intellectual Ventures II LLC*, C.A. No. 11-666 (LPS) ("666 case") (D.I. 104).

The defendants in the 1065 case wish to address IV's Preliminary Statement submitted September 27, 2011 in connection with its proposed case schedule insofar as it suggests that any scheduling order in the 666 case might also apply to the 1065 case, pending the Court's ruling on Xilinx' Motion to Dismiss or Consolidate. *See* 666 case, D.I. 104, at 3 ("[IV has] drafted their proposed schedule to accommodate a consolidated litigation should this Court consolidate this action with the co-pending 10-1065 Action."). Specifically, although defendants agree that, if the 666 case is not dismissed, consolidation of that case with the pre-existing 1065 case would be appropriate, the 1065 defendants respectfully request the opportunity to be heard before a schedule is set.

In the event that the Court determines not to dismiss the 666 case, but to consolidate it with this case, we request that the Court defer entering a Scheduling Order until it has resolved the pending motions to transfer and to stay pending reexamination (1065 case, D.I. 43, 79; 666 case, D.I. 98) and has also afforded all parties an opportunity to participate in the process leading to the entry of a Scheduling Order.

The Honorable Leonard P. Stark
September 29, 2011
Page 2

Respectfully,

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
   Brian E. Farnan, Esquire (Via Electronic Mail)
   John M. Desmarais, Esquire (Via Electronic Mail)
   Steven J. Balick, Esquire (Via Electronic Mail)
   Alan H. Blankenheimer, Esquire (Via Electronic Mail)
   Frederick L. Cottrell, Esquire (Via Electronic Mail)
   Mark A. Samuels, Esquire (Via Electronic Mail)
   Karen Jacobs Louden, Esquire (Via Electronic Mail)
   Behrooz Shariati, Esquire (Via Electronic Mail)