# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

December 6, 2011

The Honorable Leonard P. Stark                   *VIA ELECTRONIC MAIL*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Intellectual Ventures I LLC, et al. v. Altera Corp., et al.*
      C.A. No. 10-1065 (LPS)

Dear Judge Stark:

We represent Defendant Altera Corporation in the above-referenced litigation, writing on behalf of all Defendants. Further to Defendants' pending motions to transfer (*see* D.I. 36, 43), and their letter dated August 1, 2011 (discussing the potential significance for the pending motions to transfer of the Federal Circuit's decision in the then-pending petition for mandamus in *In re Link_A_Media Devices Corp.*, MD-990, D.I. 77), and pursuant to Local Rule 7.1.2(b), we enclose a copy of an opinion recently issued by the Federal Circuit, *In re Link_A_Media Devices Corp.*, MD-990 (Fed. Cir. Dec. 2, 2011) (*per curiam*).

Respectfully,

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac
Enclosure
4639860.1
cc:   Clerk of Court (Via Hand Delivery; w/enclosure)
      All Counsel of Record (Via Electronic Mail; w/enclosure)