

January 24, 2012

**VIA ELECTRONIC FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, Delaware 19801-3556

    Re:   ***Intellectual Ventures I LLC, et al. v. Altera Corp., et al.,***
           **(C.A. No. 10-1065-LPS)**

Dear Judge Stark:

Pursuant to Your Honor's January 23, 2012 Oral Order (D.I. 98), we write on behalf of all parties to inform Your Honor that the parties have no proposed redactions to Your Honor's January 23, 2012 Memorandum Opinion (D.I. 96).

We are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              /s/ Brian E. Farnan

                              Brian E. Farnan (Bar No. 4089)

cc: Counsel of Record (via *electronic filing*)