IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION and XILINX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 10-1065 (LPS) <br> (CONSOLIDATED) |

### DEFENDANTS' NOTICE OF SUBSEQUENT PROCEEDINGS IN SUPPORT OF THEIR MOTION TO STAY LITIGATION PENDING CONCLUSION OF PTO REEXAMINATIONS OF THE PATENTS-IN-SUIT

Pursuant to D. Del. LR 7.1.2(b), and in connection with their Motion To Stay Litigation Pending Conclusion Of PTO Reexaminations Of The Patents-In-Suit (D.I. 79), Defendants Altera Corporation, Microsemi Corporation, Lattice Semiconductor Corporation, and Xilinx, Inc. hereby advise the Court of the current status of the reexaminations of each of the asserted patents.

| Patent | Reexamination Status | Claim Status |
|---|---|---|
| 5,675,808 | • *Ex parte* reexamination filed Aug. 4, 2011 <br> • First Office Action (Exhibit A) issued Jan. 11, 2012, rejecting 5 claims and confirming 8 claims <br> • IV I response due Mar. 11, 2012 | • Claims 1-4 and 13 rejected in First Office Action <br> • Claims 5-12 confirmed in First Office Action |

| Patent | Reexamination Status | Claim Status |
|---|---|---|
| 5,687,325 | • *Ex parte* reexamination filed Feb. 25, 2011<br>• First Office Action (Exhibit B) issued on Nov. 23, 2011, rejecting all claims<br>• IV II petitioned for 1 month extension (granted)<br>• IV II response due Feb. 23, 2012 | • All 12 claims rejected in First Office Action |
| 6,260,087 | • *Ex parte* reexamination filed Mar. 4, 2011<br>• First Office Action issued Aug. 1, 2011, rejecting all claims<br>• IV II filed a response on Oct. 3, 2011, adding 183 new claims<br>• Final Office Action (Exhibit C) issued Nov. 21, 2011, rejecting all original claims and all but 17 of the 183 added claims<br>• IV II filed a response on Jan. 23, 2012 after Final Office Action, seeking to amend one (1) original and 34 added claims<br>• IV II deadline to file appeal is Feb. 21, 2012 | • All original 31 claims rejected in Final Office Action<br>• 17 of 183 added claims confirmed in Final Office Action<br>• Status of one of the added claims (claim 50) unclear and requires further clarification<br>• All other added claims rejected in Final Office Action<br>• IV's requested amendments to original and added claims are pending |
| 6,272,646 | • *Inter partes* reexamination filed Feb. 18, 2011<br>• First Office Action issued Apr. 28, 2011, rejecting all claims<br>• IV II filed a response on June 28, 2011, amending three claims and adding 22 new claims<br>• Action Closing Prosecution (Exhibit D) issued Dec. 1, 2011, rejecting all original, amended, and added claims<br>• IV II filed a response on Feb. 1, 2012, seeking to amend two of the added claims<br>• Xilinx reply comments due Mar. 2, 2012 | • All original 20 claims rejected in Action Closing Prosecution, including 3 claims which had been amended<br>• All 22 added claims rejected in Action Closing Prosecution<br>• IV's requested amendments to added claims are pending |

| Patent | Reexamination Status | Claim Status |
|---|---|---|
| 6,993,669 | • *Inter partes* reexamination filed Mar. 9, 2011<br>• First Office Action issued on May 27, 2011, rejecting all claims<br>• IV I filed a response on July 27, 2011, adding 16 new claims<br>• Right of Appeal Notice (Exhibit E) issued Dec. 1, 2011, rejecting 8 of the added claims<br>• Notices of appeal filed by both parties<br>  o Xilinx appealed<br>  o IV I cross-appealed<br>• Opening appeal briefs due Mar. 5, 2012 | • Original claims 1-18 and added claims 23-26, 29-31 confirmed in Right of Appeal Notice<br>• Original claims 19-22, and added claims 27, 28, 32, 34-38 rejected in Right of Appeal Notice<br>• Status of added claim 33 unclear and requires further clarification |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Altera Corporation*

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Lattice Semiconductor Corporation*

OF COUNSEL:

Alan H. Blankenheimer
Jo Dale Carothers
Christopher K. Eppich
Ian J. Miller
COVINGTON & BURLING LLP
9191 Towne Centre Drive, Sixth Floor
San Diego, CA  92122-1225
(858) 678-1800

|  |  |
|---|---|
|  | Robert T. Haslam<br>Kurt G. Calia<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA  94065-1418<br>(650) 632-4700<br><br>Michael N. Kennedy<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>(202) 662-6000 |
| RICHARDS LAYTON & FINGER, P.A.<br><br>*/s/ Frederick L. Cottrell*<br>_____<br>Frederick L. Cottrell (#2555)<br>Anne Shea Gaza (#4093)<br>Jason J. Rawnsley (#5379)<br>920 North Market Street<br>One Rodney Square<br>Wilmington, DE  19801<br>(302) 651-7550<br>cottrell@rlf.com<br>gaza@rlf.com<br>rawnsley@rlf.com<br>*Attorneys for Microsemi Corporation*<br><br>OF COUNSEL:<br><br>Mark A. Samuels<br>Brian Berliner<br>Yixin Zhang<br>O'MELVENY & MYERS LLP<br>400 South Hope Street,  Suite 1800<br>Los Angeles, CA  90071<br>(213) 430-6000<br><br>Michael Myers<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA  92660<br>(949) 823-6900 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Karen Jacobs Louden*<br>_____<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>*Attorneys for Xilinix, Inc.*<br><br>OF COUNSEL<br><br>Behrooz Shariati<br>Laurie M. Charrington<br>Henry Leslie Welch<br>JONES DAY<br>1755 Embarcardero Road<br>Palo Alto, CA  94303<br>(650) 739-3939 |

4

OF COUNSEL:

William F. Lee
Lauren B. Fletcher
WILMER CUTLER PICKERING HALE
& DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Mark D. Selwyn
Joseph H. Haag
Evelyn C. Mak
WILMER CUTLER PICKERING HALE
& DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

February 9, 2012
5391635.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais<br>Michael P. Stadnick<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)