**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C. A. No.  10-1065-LPS |
| v. | ) ) ) | |
| ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION, and XILINX, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Defendant Microsemi Corporation to produce its core technical documents pursuant to Paragraph 3.c.ii. of the Scheduling Order (D.I. 111) shall be extended from July 25, 2012 to August 8, 2012, and the time for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC to make their disclosures pursuant to Paragraph 3.c.iii. of the Scheduling Order shall be extended from August 24, 2012 to September 7, 2012.

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

/s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE   19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant Microsemi Corporation*

OF COUNSEL:

John M. Desmarais
Michael P. Stadnick
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com

OF COUNSEL:

Mark A. Samuels
Brian Berliner
O'MELVENY & MYERS LLP
400 S. Hope St., 18th Floor
Los Angeles, CA 90071
(213) 430-6000
msamuels@omm.com
bberliner@omm.com

Dated:  August 1, 2012

     SO ORDERED THIS _____ day of August, 2012.


          _____

          UNITED STATES DISTRICT JUDGE

RLF1 6327331v. 1