# FARNAN LLP

January 22, 2013

**VIA ELECTRONIC FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3556

     Re:   *Intellectual Ventures I LLC et al. v. Altera Corp. et al.* (C.A. No. 10-cv-1065-LPS)

Dear Judge Stark:

     Enclosed please find the parties' proposed Stipulated Amended Protective Order, which incorporates Your Honor's oral ruling on January 15, 2013.

     We are available at the Court's convenience should Your Honor have any questions.

               Respectfully submitted,

               /s/ Brian E. Farnan

               Brian E. Farnan

cc: Counsel of Record (via electronic mail)