IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Intellectual Ventures I LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Altera Corporation *et al.*, <br><br> Defendants. | Civil Action No. 10-1065-LPS |

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
BARRING DISCOVERY OF INFORMATION SUBJECT TO THE
ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT DOCTRINE**

Pursuant to the Court's oral order during the April 17, 2013 discovery teleconference, Plaintiffs, by and through their undersigned counsel, hereby move for a protective order barring discovery of information subject to the attorney-client privilege and work product doctrine (the "Motion"). The grounds for the Motion are set forth in Plaintiffs' opening brief, filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request that the Court issue a protective order barring Defendants from (1) seeking additional testimony in response to certain specifically-disputed deposition questions and (2) seeking production of documents identified on the privilege log of Richard Belgard.

Dated: May 9, 2013

Respectfully submitted,

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Laurie Stempler (admitted *pro hac vice*)
Eugene Chiu (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jwilcox@desmaraisllp.com
amodi@desmaraisllp.com
lstempler@desmaraisllp.com
echiu@desmaraisllp.com

*Counsel for Plaintiffs*