IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Intellectual Ventures I LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Altera Corporation *et al.*, <br><br> Defendants. | Civil Action No. 10-1065-LPS |

## ORDER

AND NOW, this _____ day of _____, 2013, the Court GRANTS Plaintiffs' Motion For Protective Order Barring Discovery Of Information Subject To The Attorney-Client Privilege And Work Product Doctrine and ORDERS as follows:

(1) Defendants are denied leave to seek additional deposition testimony from Plaintiffs' witnesses Donald Merino, Kenneth Dyer, Mark Wilson, Patrik Edenholm, and Ryan Morrison; and

(2) Defendants' request for the production of documents identified on the privilege log of Richard Belgard is denied.

THE HONORABLE LEONARD P. STARK