IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION and XILINX, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 10-1065 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**XILINX, INC.'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS
AND TESTIMONY OF IV'S DAMAGES EXPERT MICHAEL J. WAGNER**

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), Defendant Xilinx, Inc. moves to exclude the opinions and testimony of Plaintiffs' damages expert, Michael J. Wagner. The grounds for this Motion are fully set forth in Xilinx's Opening Brief, filed concurrently.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Xilinx, Inc.*

OF COUNSEL:

Patrick T. Michael
David L. Wallach
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94140
(415) 626-3939

1

William C. Rooklidge
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
(949) 553-7501

David B. Cochran
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-7029

Laurie M. Charrington
Joe C. Liu
Kathleen D. Lynott
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939

November 20, 2013

7795532

Case 1:10-cv-01065-LPS Document 470 Filed 11/20/13 Page 3 of 4 PageID #: 14189

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which we send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 20, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Intellectual Ventures I LLC and*<br>*Intellectual Ventures II LLC* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais<br>Michael P. Stadnick<br>Ameet A. Modi<br>Eugene Chiu<br>John C. Spaccarotella<br>Laurie Stempler<br>Justin P.D. Wilcox<br>Karim Oussayef<br>Andrew G. Heinz<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>*Attorney for Intellectual Ventures I LLC and*<br>*Intellectual Ventures II LLC* | *VIA ELECTRONIC MAIL* |
| Bradford J. Black<br>Andrew G. Hamill<br>BLACK CHANG & HAMILL LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>*Attorney for Intellectual Ventures I LLC and*<br>*Intellectual Ventures II LLC* | *VIA ELECTRONIC MAIL* |

2

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Altera Corporation* | *VIA ELECTRONIC MAIL* |
| Harold J. McElhinny<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94104<br>*Attorneys for Altera Corporation* | *VIA ELECTRONIC MAIL* |
| Karl J. Kramer<br>Colette R. Verkuil<br>Eric C. Pai<br>Roman S. Swoopes<br>MORRISON & FOERSTER, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for Altera Corporation* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)