IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION and XILINX, INC.,<br><br>Defendants. | C.A. No. 10-1065 (LPS)<br><br>REDACTED - PUBLIC VERSION |

**DECLARATION OF KATHLEEN D. LYNOTT IN SUPPORT OF XILINX, INC.'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF IV'S DAMAGES EXPERT MICHAEL WAGNER AND IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND WILLFULNESS**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Karen Jacobs (#2881)<br>Michael Flynn (#5333)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |
| OF COUNSEL: | kjacobs@mnat.com<br>mflynn@mnat.com |
| Patrick T. Michael<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>(415) 875-5893 | *Attorneys for Defendant Xilinx, Inc.*<br><br>David B. Cochran<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>(216) 586-7029 |
| Laurie M. Charrington<br>Joe C. Liu<br>Kathleen D. Lynott<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>(650) 739-3939 | William C. Rooklidge<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612-4408<br>(949) 553-7501 |

November 20, 2013 - Original Filing Date
November 27, 2013 - Redacted Filing Date

I, Kathleen D. Lynott, declare as follows:

1. I am an attorney for the law firm of Jones Day, and I represent Defendant Xilinx, Inc. ("Xilinx") in this matter. I am licensed to practice law in the State of California and have been admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration, and I could and would competently testify to them if called upon to do so.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of Tab 1 of the Opening Expert Report of Michael J. Wagner, dated June 26, 2013.

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of a signed declaration by Xilinx's expert, Julie Davis, attaching the Julie L. Davis Rebuttal Expert Report served in this case on August 9, 2013.

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of excerpts from the deposition of Michael J. Wagner, taken on October 8 and 9, 2013.

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of Tab 1 of the Expert Reply Report of Michael J. Wagner, dated September 6, 2013.

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of a Patent License Agreement between IV Global Licensing LLC and Microsemi Corporation, dated January 14, 2013.

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of a Patent License Agreement between IV Global Licensing LLC and Lattice Semiconductor Corporation, dated March 5, 2013.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of the Invention Investment Fund I, L.P. Subscription Agreement, executed March 7, 2005.

9. Attached as Exhibit 8 to this Declaration is a true and correct copy of the Subscription Agreement of Invention Investment Fund II, LLC, dated March 31, 2008.

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of an IV acquisition notice entitled, "Acquisition Notice for IP Group 00076 – AirIP," produced by IV in this litigation at Bates number IV–ALT00023736.

11. Attached as Exhibit 10 to this Declaration is a true and correct copy of an IV acquisition notice entitled, "Acquisition Notice for IP Group 02231 - Chang, Web," produced by IV in this litigation at Bates number IV–ALT00023742.

12. Attached as Exhibit 11 to this Declaration is a true and correct copy of an IV acquisition notice entitled, "Acquisition Notice for IP Group 2424 – Cypress (Consolidated)," produced by IV in this litigation at Bates number IV–ALT00023746.

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of a Patent Purchase Agreement between Web Chang and Chin Capital, dated November 5, 2008.

14. Attached as Exhibit 13 to this Declaration is a true and correct copy of a Patent Purchase Agreement between Cypress Semiconductor Corporation and Formus Two B.V., L.L.C., dated November 25, 2009.

15. Attached as Exhibit 14 to this Declaration is a true and correct copy of a Patent Purchase Agreement between Gallitzin Allegheny LLC and AirIP Corporation, dated August 11, 2004.

16. Attached as Exhibit 15 to this Declaration is a true and correct copy of excerpts from the Byron Milstead Deposition Transcript, dated June 26, 2013.

17. Attached as Exhibit 16 to this Declaration is a true and correct copy of excerpts from the Esam Elashmawi Deposition Transcript, dated June 28, 2013.

18. Attached as Exhibit 17 to this Declaration is a true and correct copy of spreadsheets related to IV's True–Up Program, produced by IV in this litigation at Bates number IV–ALT00156192.

19. Attached as Exhibit 18 to this Declaration is a true and correct copy of an email chain discussing Xilinx's involvement in IV's True–Up program produced by IV in this action at Bates number IV–ALT00171824.

20. Attached as Exhibit 19 to this Declaration is a true and correct copy of the March 31, 2008 Side Letter, regarding the Operating Agreement of Invention Investment Fund II, LLC, produced by IV in this litigation at Bates number IV–ALT00156182.

21. Attached as Exhibit 20 to this Declaration is a true and correct copy of IV's Supplemental Response to Defendants' Joint Interrogatory No. 2, served in this litigation on October 29, 2012.

22. Attached as Exhibit 21 to this Declaration is a true and correct copy of IV's Supplemental Response to Defendants' Joint Interrogatory No. 4, served in this litigation on December 10, 2012.

23. Attached as Exhibit 22 to this Declaration is a true and correct copy of a December 7, 2010 email from IV to Xilinx with a "list of deals" and "key patents," produced in this litigation by IV at Bates number IV–ALT00156653, which is relied upon by IV in its response to Defendants' Interrogatory No. 4.

24. Attached as Exhibit 23 to this Declaration is a true and correct copy of an email chain between IV and Xilinx produced by IV in this litigation at Bates number IV-ALT00156680.

25. Attached as Exhibit 24 to this Declaration is a true and correct copy of IV's Supplemental Rule 26(a)(1) Disclosures, served in this litigation on April 30, 2013.

26. Attached as Exhibit 25 to this Declaration is a true and correct copy of IV's Supplemental Response to Defendants' Joint Interrogatory No. 16, served in this litigation on January 10, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2013 in Palo Alto, California.

*/s/ Kathleen D. Lynott*
Kathleen D. Lynott

7793583.1