# EXHIBIT 1

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 2

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 3

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 4

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 5

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 6

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 7

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 8

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 9

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 10

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 11

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 12

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 13

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 14

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 15

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 16

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT 17

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 18

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 19

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 20

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 21

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 22

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 23

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 24

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC | |
| Plaintiffs, | Civil Action No. 10-1065-LPS |
| | JURY TRIAL DEMANDED |
| v. | |
| ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION, and XILINX, INC. | |
| Defendants. | |

## PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF JOINT INTERROGATORIES (NOS. 15-16)

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively "Plaintiffs") submit their objections and responses to Defendants' Second Set Of Joint Interrogatories (Nos. 15-16) served by Altera Corp., Microsemi Corp., Lattice Semiconductor Corp., and Xilinx, Inc. (collectively, "Defendants").

TEXT REMOVED - NOT RELEVANT TO MOTION

TEXT REMOVED - NOT RELEVANT TO MOTION

**INTERROGATORY NO. 16:**

Separately for each asserted claim of the Patents-in-Suit and each Defendant, describe in detail any damages that IV contends it has suffered or will suffer due to each Defendant's alleged infringement, including a specific description of each damages theory or methodology (including lost profits, an established royalty and/or a reasonable royalty) by which IV contends the amount of damages should be calculated, the specific inputs that IV contends should be used under each such theory or methodology in the damages calculation (such as a specific royalty rate, royalty base, and so forth), the specific facts and considerations that IV contends are relevant to determining a reasonable royalty under each of the factors set forth in *Georgia-Pacific Corp. v. United States Plywood Corp.*, 318 F. Supp. 1116 (S.D.N.Y. 1970), and identification of all documents, facts, and other evidence or information upon which IV may rely in support of its damages claim.

Plaintiffs incorporate by reference their General Objections. Plaintiffs object to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, the work-product doctrine, and/or common interest privilege, or that is otherwise protected from disclosure under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, this Court's Local Rules, and/or relevant statutory or case law. Plaintiffs will respond based only on non-privileged information. Plaintiffs further object to this interrogatory to the extent it

prematurely seeks expert opinion and/or testimony. Plaintiffs further objects to the extent this interrogatory calls for expert opinion and/or legal conclusions. Plaintiffs further object to this Interrogatory as compound and contains multiple discrete subparts, each of which counts towards Defendants' total number of interrogatories. Plaintiffs further object that this is an improper joint interrogatory because the interrogatory seeks damages contentions for "each Defendant," which requires the analysis of Defendant-specific information and calls for the disclosure of Defendant-specific confidential information.

Subject to and without waiving the foregoing General and Specific Objections, Plaintiffs state as follows:

Plaintiffs are entitled to damages amounting to no less than a reasonable royalty in accordance with 35 U.S.C. § 284. Plaintiffs contend that this interrogatory is properly the subject of expert testimony and incorporate by reference Plaintiffs' damages expert reports for each Defendant that will be served in accordance with the scheduling order in this case. Plaintiffs may also rely on the depositions of Plaintiffs' designated experts regarding damages related to infringement of the patents-in-suit, and all exhibits used in the depositions. Discovery is on-going. Defendants have yet to produce full and sufficient sales, revenue, and cost information for the accused products for the period of infringement. Plaintiffs will take Rule 30(b)(6) depositions of Defendants on damages issues. Plaintiffs reserve the right to supplement their response to this interrogatory, including once they have had the opportunity to evaluate this further discovery.

Respectfully submitted,

Date: January 10, 2013

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jwilcox@desmaraisllp.com
amodi@desmaraisllp.com

*Attorneys for Plaintiffs Intellectual Ventures I*
*LLC and Intellectual Ventures II LLC*

## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on January 10, 2013, a copy of Plaintiffs'

Objections and Responses to Defendants' Second Set of Joint Interrogatories (Nos. 15-16) was

served on the following as indicated:

Via Hand Delivery and E-Mail
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com

*Attorney for Defendant Xilinx, Inc.*

Via E-Mail
Behrooz Shariati
JONES DAY
bshariati@jonesday.com

*Attorney for Defendant Xilinx, Inc.*

Via Hand Delivery and E-Mail
Frederick L. Cottrell, III
Anne Shea Gaza
Jason James Rawnsley
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant Microsemi
Corporation*

Via E-Mail
Brian Berliner
Michael L. Myers
Mark A. Samuels
Yixin Zhang
O'Melveny & Myers LLP
bberliner@omm.com
mmyers@omm.com
msamuels@omm.com
yixinzhang@omm.com

*Attorneys for Defendant Microsemi
Corporation*

Via Hand Delivery and E-Mail
Steven J. Balick
Tiffany Geyer Lydon
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

Via E-Mail
Alan H. Blankenheimer
Kurt G. Calia
Jo Dale Carothers
Christopher K. Eppich
Robert T. Haslam
Michael N. Kennedy
Ian J. Miller
Covington & Burling LLP
ablankenheimer@cov.com

tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant Lattice Semiconductor
Corporation*

kcalia@cov.com
jdcarothers@cov.com
ceppich@cov.com
rhaslam@cov.com
mkennedy@cov.com
imiller@cov.com

*Attorneys for Defendant Lattice Semiconductor
Corporation*

Via Hand Delivery and E-Mail
Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendant Altera Corporation*

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Intellectual Ventures I LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 10-cv-1065-LPS |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| Altera Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 10, 2013, a copy of Plaintiffs' Objections and

Responses to Defendants' Second Set of Joint Interrogatories (Nos. 15-16) was served on the

following as indicated:

Via Hand Delivery and E-Mail
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com

*Attorney for Defendant Xilinx, Inc.*

Via E-Mail
Behrooz Shariati
JONES DAY
bshariati@jonesday.com

*Attorney for Defendant Xilinx, Inc.*

Via Hand Delivery and E-Mail
Frederick L. Cottrell, III
Anne Shea Gaza
Jason James Rawnsley
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant Microsemi*

Via E-Mail
Brian Berliner
Michael L. Myers
Mark A. Samuels
Yixin Zhang
O'Melveny & Myers LLP
bberliner@omm.com
mmyers@omm.com
msamuels@omm.com
yixinzhang@omm.com

*Attorneys for Defendant Microsemi
Corporation*

*Corporation*

Via Hand Delivery and E-Mail
Steven J. Balick
Tiffany Geyer Lydon
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant Lattice Semiconductor Corporation*

Via E-Mail
Alan H. Blankenheimer
Kurt G. Calia
Jo Dale Carothers
Christopher K. Eppich
Robert T. Haslam
Michael N. Kennedy
Ian J. Miller
Covington & Burling LLP
ablankenheimer@cov.com
kcalia@cov.com
jdcarothers@cov.com
ceppich@cov.com
rhaslam@cov.com
mkennedy@cov.com
imiller@cov.com

*Attorneys for Defendant Lattice Semiconductor Corporation*

Via Hand Delivery and E-Mail
Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendant Altera Corporation*

Respectfully submitted,

Date: January 10, 2013

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)

Ameet A. Modi (admitted *pro hac vice*)
Eugene Chiu (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
amodi@desmaraisllp.com
echiu@desmaraisllp.com

*Attorneys for Plaintiffs Intellectual Ventures I
LLC and Intellectual Ventures II LLC*