IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC<br><br>Plaintiffs,<br><br>v.<br><br>ALTERA CORPORATION, MICROSEMI CORPORATION, LATTICE SEMICONDUCTOR CORPORATION, and XILINX, INC.<br><br>Defendants. | Civil Action No. 10-1065-LPS<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER DISMISSING DEFENDANT ALTERA CORPORATION

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV"), and Defendant Altera Corporation ("Altera"), having settled their disputes in this action, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted between IV and Altera in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Dated: December 11, 2013

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan | /s/ Jack B. Blumenfeld |
| Brian E. Farnan (Bar No. 4089)<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301<br>bfarnan@farnanlaw.com | Jack B. Blumenfeld (Bar No. 1014)<br>Rodger D. Smith, II (Bar No. 3778)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
| *Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC* | *Counsel for Defendant Altera Corporation* |

<div style="columns:2">

*Of Counsel:*
John M. Desmarais
Michael P. Stadnick
Justin P.D. Wilcox
Ameet A. Modi
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jwilcox@desmaraisllp.com
amodi@desmaraisllp.com

*Of Counsel:*
Harold J. McElhinny
Karl J. Kramer
Colette R. Verkuil
Eric C. Pai
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600 (Tel)
(650) 494-0792 (Fax)
hmcelhinny@mofo.com
kkramer@mofo.com
cverkuil@mofo.com
epai@mofo.com

</div>

SO ORDERED this __12th__ day of __December__, 2013.

_____
The Honorable Leonard P. Stark