IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC<br><br>Plaintiffs,<br><br>v.<br><br>XILINX, INC.<br><br>Defendant. | Civil Action No. 10-1065-LPS |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV"), and Defendant Xilinx, Inc. ("Xilinx"), having settled their disputes in this action, hereby stipulate to dismissal with prejudice all of IV's claims and counterclaims against Xilinx in this action, and further stipulate to dismissal without prejudice Xilinx's claims and counterclaims against IV in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Dated: May 2, 2014

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan | /s/ Karen Jacobs |
| Brian E. Farnan (Bar No. 4089) | Karen Jacobs (Bar No. 2881) |
| FARNAN LLP | Michael J. Flynn (Bar No. 5333) |
| 919 North Market Street, 12th Floor | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 777-0300 (Tel) | Wilmington, DE 19899-1347 |
| (302) 777-0301 (Fax) | (302) 658-9200 (Tel) |
| bfarnan@farnanlaw.com | (302) 658-3989 (Fax) |
| | kjacobs@mnat.com |
| *Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC* | mflynn@mnat.com |
| | *Counsel for Defendant Xilinx, Inc.* |

SO ORDERED this 2nd day of May, 2014.

_____
The Honorable Leonard P. Stark